IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXOMA DESTINATIONS, LLC and CORNERSTONE MARINE GROUP, LP dba LIGHTHOUSE RESORT AND MARINA | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00266-ALM |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § § | |
| Defendant | § § | |

## ORDER GRANTING MOTION TO ABATE

Before the Court is the Parties' Joint Motion to Abate (Dkt. #13). The Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that this matter is abated until **August 16, 2022**.

It is **FURTHER ORDERED** that on or before the date the abatement expires, the parties to this action are to file a joint status update advising the Court of the status of the underlying lawsuit, and if the parties desire the Court to re-open the matter or if the parties intend to dismiss this action.

The Clerk is directed to CANCEL the March 31, 2022 Final Pretrial Conference.

**IT IS SO ORDERED.**

**SIGNED this 17th day of February, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE