# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TEXOMA DESTINATIONS, LLC, and CORNERSTONE MARINE GROUP, LP d/b/a LIGHTHOUSE RESORT AND MARINA<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY | §<br>§<br>§　Civil Action No. 4:21cv266<br>§　Judge Mazzant<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On February 17, 2022, the Court entered an Order Granting Motion to Abate (Dkt. #14).

It is hereby **ORDERED** that this case be ADMINISTRATIVELY CLOSED during the pendency of the underlying lawsuit styled *Kimberly Curran v. Texoma Destination, LLC et al.*, No. CV-20-0857, in the 59th Judicial District Court of Grayson County, Texas. The Parties are directed to notify the Court when the underlying lawsuit is resolved and this case is ready to proceed.

**IT IS SO ORDERED.**

SIGNED this 17th day of January, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE